APR - 4 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 8:22-mj-00242-DUTY |
| DONOVAN MOORE, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __April 6__, __2022__, at __12:30__ ☐ a.m. / ☒ p.m. before the Honorable __JOHN D. EARLY__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __April 4, 2022__           __JOHN D. EARLY__ /s/ John D. Early
                                   U.S. ~~District Judge~~/Magistrate Judge